IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:13-CV-00731-RBJ

IN THE MATTER OF THE GROW LOCKER, LLC.,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

**ORDER DISMISSING PETITION TO QUASH SUMMONS**

---

    Upon consideration of the Petitioner's motion, IT IS HEREBY ODERED THAT the Petitioner's claims agains the United States are dismissed.

    Dated this 2nd day of May, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge